UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, as subrogor of Ottlite Technologies Inc., <br><br> Plaintiff, <br><br> - against - <br><br> US PACIFIC TRANSPORT, INC. and YANG MING MARINE TRANSPORT CORP., <br><br> Defendants. | **ORDER** <br><br> 21 Civ. 9935 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

       The Court has referred this matter for general pretrial supervision before Judge Moses. (See Dkt. No. 23) Accordingly, the initial pretrial conference before this Court, currently scheduled for April 14, 2022, is adjourned sine die.

       While this matter has been referred to Judge Moses – who is handling pre-trial matters in several other cases involving the M/V ONE APUS – this case will remain assigned to this Court and will not be transferred to Judge Torres as a related matter. (See Mar. 31, 2022 Ltr. (Dkt. No. 22) at 1)

Dated: New York, New York
       April 13, 2022

SO ORDERED.

Paul G. Gardephe
United States District Judge