# CASEY & BARNETT, LLC

ATTORNEYS AT LAW
305 Broadway, Ste 1202
New York, New York 10007

mfc@caseybarnett.com
*Direct: 646-362-8919*

Telephone: (212) 286-0225
Facsimile: (212) 286-0261
Web: www.caseybarnett.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/3/22
```

May 26, 2022

Honorable Barbara C. Moses
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

      Re: ***Federal Ins. Co v. US Pacific Transport Inc. and Yang Ming Marine Transport Corp.***
        21cv9935 (PGG)(BCM)
        Our File: 527-08(a)

Dear Honorable Magistrate Judge Moses:

We write to provide the Court with an update on developments and to request that the June 16, 2022 conference (Dkt # 27) be rescheduled.

The MDL Panel held oral argument this morning on the motion to consolidate all ONE APUS claims into the MDL. Following the brief argument, the Panel reserved decision on the application with no indication as to when a decision would be rendered. We will further inform the Court promptly upon the issuance of any decision.

In respect to the June 16, 2022 conference, the undersigned will be out of the country the week of June 13, 2022. For purposes of any re-scheduling of the conference, we ask that the Court also note that I will also be out of the country between July 13 and July 20, 2022. Counsel for the defendants do not object to the foregoing.

            Respectfully submitted,

            CASEY & BARNETT LLC
            Attorneys for Plaintiff

            *Martin Casey*
            Martin F. Casey

cc:  all counsel  *via ecf*

> Application GRANTED. The June 16, 2022 conference is ADJOURNED to **July 21, 2022 at 11:00 a.m.** SO ORDERED.
>
> _____
> Barbara Moses
> United States Magistrate Judge
> June 3, 2022