

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FEDERAL INSURANCE COMPANY,

    Plaintiff,

-against-

US PACIFIC TRANSPORT, INC., et al.,

    Defendants.

21-CV-9935 (PGG) (BCM)

**ORDER SCHEDULING INITIAL CASE MANAGEMENT CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

In light of the consolidation of this matter with related cases in *In re: One Apus Container Ship Incident on November 30, 2020*, Case No. 22-md-03028 (PAE), in which an initial conference is scheduled for September 8, 2022 (Dkt. No. 32, at 4), the initial case management conference previously scheduled under this docket number, for July 21, 2022, is ADJOURNED *sine die*.

Dated: New York, New York
       July 19, 2022

                  **SO ORDERED**.

                  _____
                  **BARBARA MOSES**
                  **United States Magistrate Judge**